## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTH DISTIRCT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JENNIFER DUMONT,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | **1:13-cv-03468-WSD** |
| | ) | |
| **DTOX JUICE, LLC,** | ) | |
| **MARY SHANNON SALTER SLIGER,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARILY DISMISSAL WITH PREJUDICE

NOW COMES, Plaintiff, Jennifer Dumont, in the above-styled action, by and through the undersigned counsel and hereby voluntarily dismiss the above captioned complaint without prejudice.

Respectfully submitted, this 24th day of March, 2014.

*Attorneys for Plaintiffs*

**THE VAUGHN LAW FIRM, LLC**

/s/ Christopher D. Vaughn _____
Christopher D. Vaughn, Esq.
Georgia Bar No. 726226
A. Brian Henson, Esq.
Georgia Bar No. 747269

246 Sycamore Street Suite 150
Decatur, Georgia 30030
phone: 404-378-1290
facsimile: 404-378-1295

**DEMELFI LAW GROUP, LLC**

/s/ Frank DeMelfi_____
Frank DeMelfi, Esq.
Georgia Bar No. 320128

4651 Woodstock Road
Suite 208-103
Roswell, Georgia 30075
Telephone:   (678) 948-7808
Facsimile:   (866) 674-7808
Email:        fdemelfi@gmail.com